# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HOWARD L. JACKSON

NO. 2022 KW 1016

**NOVEMBER 21, 2022**

---

In Re:   Howard L. Jackson, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 83-1004.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

> MRT
> WRC
> CHH

COURT OF APPEAL, FIRST CIRCUIT

<u>a.S.n</u>
DEPUTY CLERK OF COURT
FOR THE COURT